IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**HORACIO LARA-CAZARES**,

        Plaintiff,

        v.

**DEPARTMENT OF CORRECTIONS; SNAKE RIVER CORRECTIONAL INSTITUTION; and MARK NOOTH, Superintendent, Snake River Correctional Institution**,

        Defendants.

No. CV 09-838-PK

OPINION AND ORDER

**MOSMAN, J.**,

On November 9, 2010, Magistrate Judge Papak issued his Findings and Recommendation ("F&R") (#34) in the above-captioned case recommending that I grant defendants' Motion for Summary Judgment (#23). Plaintiff did not file objections.

## STANDARD OF REVIEW

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are

OPINION AND ORDER - 1

Case 3:09-cv-00838-PK    Document 40    Filed 01/24/11    Page 2 of 2

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I ADOPT Judge Papak's F&R (#34) as my own, and I GRANT defendants' Motion for Summary Judgment (#23).

IT IS SO ORDERED.

DATED this  21st  day of January, 2011.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

OPINION AND ORDER - 2